LIBOAK REALTY CO. v. CHELSEA TITLE
& GUARANTY COMPANY.

March 23, 1981.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM CLAYBROOK, III.

March 23, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. KEVIN DUFFY.

March 23, 1981.

Petition for certification denied.

THEODORE SAGER METH v. OAK KNOLL SCHOOL OF
THE HOLY CHILD.

March 23, 1981.

Petition for certification denied.